IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAR PHARMACEUTICAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUNOVION PHARMACEUTICALS, INC., and SUMITOMO DAINIPPON PHARMA CO., LTD.<br><br>Defendants. | C.A. No. 1:17-cv-10016-GAO |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby voluntarily dismisses this action, Defendants not having served either an answer or motion for summary judgment. This dismissal is filed without prejudice, and without costs, disbursements, or attorneys' fees to any party.

Dated:  January 19, 2017

Respectfully Submitted,

/s/ *Charles H. Sanders*
Charles H. Sanders
Massachusetts Bar # 646740
LATHAM & WATKINS LLP
200 Clarendon St.
Boston, MA 02116
(617) 948-6000
charles.sanders@lw.com

*Attorneys for Plaintiff Par Pharmaceutical, Inc.*

Of Counsel:

Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
daniel.brown@lw.com

Jennifer Koh
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
jennifer.koh@lw.com

Michael Seringhaus
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
michael.seringhaus@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Defendant Sunovion Pharmaceuticals, Inc., via FedEx at the address below:

Sunovion Pharmaceuticals, Inc.
C/O CT Corporation System
155 Federal St. STE 700
Boston, MA 02110

Dated: January 19, 2017

                                                      /s/ *Charles H. Sanders*
                                                      Charles H. Sanders (BBO # 646740)